UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re application of<br><br>ANATOLIE STATI,<br><br>Applicant,<br><br>Pursuant to 28 U.S.C. § 1782<br>for Judicial Assistance in Obtaining<br>Evidence for Use in a Foreign and<br>International Proceeding. | 22 Misc. 203 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Upon consideration of the application for assistance submitted by Anatolie Stati for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding, and the accompanying supporting materials,

  IT IS HEREBY ORDERED that:

  1. The application for discovery from Anatolie Stati pursuant to 28 U.S.C. § 1782 is granted;

  2. The Applicants are authorized to take discovery relating to the issues identified in its application from The Clearing House Payments Company L.L.C. in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

  3. The Applicants are authorized to issue and serve a subpoena substantially similar to the document listed as Exhibit 5 to the Motion;

  4. The Clearing House Payments Company L.L.C. is hereby directed to comply with the subpoena issued in accordance with the Federal Rules of Civil Procedure, and the Rules of this Court;

5. This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoena.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: August 5, 2022
       New York, New York