UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: APPLICATION OF ANATOLIE STATI,

Applicant,

PURSUANT TO 28 U.S.C. § 1782 FOR JUDICIAL
ASSISTANCE IN OBTAINING EVIDENCE FOR USE
IN A FOREIGN AND INTERNATIONAL PROCEEDING.

22 Misc. 203 (PAE),

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 20, 2022, Steppe Capital Pte. Ltd. moved to intervene in this matter, pursuant to Federal Rule of Civil Procedure 24, seeking (1) a protective order over any documents obtained by the Applicant Anatolie Stati in this action; and (2) all documents that Stati has received, or will receive, in response to any issued subpoenas. *See* Dkt. 8.

The Court orders the Stati to file his response to the motion to intervene, if any, by December 30, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2022
       New York, New York

1